**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| DEBORAH TOEWS, <br><br> v. <br><br> PORTFOLIO RECOVERY ASSOCIATES, L.L.C. <br><br> Defendant. | Case No. 1:19-cv-00863-LJO-EPG <br><br> ORDER DIRECTING CLERK OF COURT TO CLOSE CASE IN LIGHT OF PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL <br><br> (ECF NO. 6) |

On July 3, 2019, Plaintiff voluntarily dismissed this action, with prejudice, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i). Accordingly, as Plaintiff has voluntarily dismissed this matter with prejudice, the Clerk of Court is DIRECTED to close this case.

IT IS SO ORDERED.

Dated: **July 8, 2019**        /s/ Erica P. Grosjean
            UNITED STATES MAGISTRATE JUDGE

1